UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALI OLYAIE,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>ASTON MANOR,<br><br>Garnishee. | NO. 18-MC-39-RSL<br><br>(2:13-CR-0191-1)<br><br>**Declaration of Dawn Fernandez in Support of Application for a Writ of Continuing Garnishment** |

I, Dawn Fernandez, declare as follows:

I am employed as a Paralegal Specialist in the Financial Litigation Unit, United States Attorney's Office for the Western District of Washington. In said capacity, I have been assigned responsibility for collecting the judgment rendered in the above case against Defendant Ali Olyaie. The official file, which is kept in the ordinary course of business of the United States Attorney's Office, and which reflects significant collection events, indicates the following:

//

DECLARATION OF DAWN FERNANDEZ IN SUPPORT OF APPLICATION
FOR A WRIT OF CONTINUING GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1. On September 7, 2012, *United States of America v. Ali Olyaie*, a judgment was entered against the Defendant/Judgment Debtor, in the United States District Court for the District of Nevada No. 2:11-CR-00054-RCJ-VCF, which was subsequently transferred to the United States District Court for the Western District of Washington (June 19, 2013) No. 2:13-CR-191-RSL, for $34,296.00, consisting of $29,196.00 in Criminal Restitution, and $5,000.00 in a Fine and $100.00 in a Special Assessment. Attached hereto, as Exhibit 1, is a true and correct copy of the Judgment in a Criminal Case, entered against Ali Olyaie.

2. The Defendant/Judgment Debtor, Ali Olyaie, has been informed of the judgment debt and payment has been requested not less than thirty (30) days from the date of this Application.

3. Upon information discovered by the United States, the United States believes that Aston Manor has in its possession, custody, or control property in which the Defendant/Judgment Debtor has a substantial nonexempt interest.

4. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of March, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DAWN FERNANDEZ
　　　　　　　　　　　　　　　　Paralegal Specialist

DECLARATION OF DAWN FERNANDEZ IN SUPPORT OF APPLICATION
FOR A WRIT OF CONTINUING GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

Case 2:18-mc-00039-RSL Document 1-1 Filed 04/03/18 Page 3 of 8
Case 2:13-cr-00191-RSL Document 3 Filed 07/01/13 Page 6 of 15
Case 2:11-cr-00054-RCJ-VCF Document 44 Filed 09/25/12 Page 1 of 6

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| ALI OLYAIE | ) | Case Number: 2:11-CR-0054-RCJ-VCF |
| | ) | USM Number: 45799-048 |
| | ) | Christopher Oram, Retained |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)  to count one of the single count Information

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
After a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 26 U.S.C. § 7206(1) | Making and Subscribing a False Tax Return | 2/07/2007 | ONE |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 7, 2012
Date of Imposition of Judgment

Signature of Judge
ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judge

September 24, 2012
Date

9

Case 2:18-mc-00039-RSL   Document 1-1   Filed 04/03/18   Page 4 of 8
Case 2:13-cr-00191-RSL   Document 3   Filed 07/01/13   Page 9 of 15
Case 2:11-cr-00054-RCJ-VCF   Document 44   Filed 09/25/12   Page 2 of 6

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment - Page __2__ of __6__

DEFENDANT: ALI OLYAIE
CASE NUMBER: 2:11-CR-0054-RCJ-VCF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:        TWO (2) MONTHS

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

X The defendant shall surrender to the United States Marshal for this district:

   X at 2:00     ☐ a.m. X p.m. on  12/7/2012                 .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a _____
_____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNTIED STATES MARSHAL

10

Case 2:18-mc-00039-RSL   Document 1-1   Filed 04/03/18   Page 5 of 8
Case 2:13-cr-00191-RSL   Document 3   Filed 07/01/13   Page 8 of 15
Case 2:11-cr-00054-RCJ-VCF   Document 44   Filed 09/25/12   Page 3 of 6

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 - Supervised Release

Judgment - Page __3__ of __6__

DEFENDANT: ALI OLYAIE
CASE NUMBER: 2:11-CR-0054-RCJ-VCF

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: ONE (1) YEAR

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*
- ☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*
- ☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*
- ☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

11

Case 2:18-mc-00039-RSL   Document 1-1   Filed 04/03/18   Page 6 of 8
Case 2:13-cr-00191-RSL   Document 3   Filed 07/01/13   Page 9 of 13
Case 2:11-cr-00054-RCJ-VCF   Document 44   Filed 09/25/12   Page 4 of 6

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 3C - Supervised Release

Judgment - Page 4 of 6

DEFENDANT: ALI OLYAIE
CASE NUMBER: 2:11-CR-0054-RCJ-VCF

## SPECIAL CONDITIONS OF SUPERVISION

1. **Possession of Weapons** - You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

2. **Warrantless Search** - You shall submit to the search of your person, property, residence or automobile under your control by the probation officer or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

3. **Debt Obligations** - You shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer.

4. **Access to Financial Information** - You shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which you have a control or interest.

5. **Internal Revenue Service Compliance** - You shall cooperate and arrange with the Internal Revenue Service to pay all past and present taxes, interest, and penalties owed. You shall file timely, accurate, and lawful income tax returns and show proof of same to the probation officer.

6. **Report to Probation Officer After Release from Custody** - You shall report, in person, to the probation office in the district to which you are released within 72 hours of discharge from custody.

Case 2:18-mc-00039-RSL   Document 1-1   Filed 04/03/18   Page 7 of 8
Case 2:13-cr-00191-RSL   Document 3   Filed 07/01/13   Page 10 of 13
Case 2:11-cr-00054-RCJ-VCF   Document 44   Filed 09/25/12   Page 5 of 6

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Judgment - Page __5__ of __6__

DEFENDANT:        ALI OLYAIE
CASE NUMBER:   2:11-CR-0054-RCJ-VCF

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 5,000.00 | $ 29,196.00 |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Clerk of the Court<br>Attention: Finance<br>Case No. 2:11-CR-0054-RCJ-VCF<br>333 Las Vegas Blvd. South, Room 1334<br>Las Vegas, NV 89101 |  |  |  |
| **TOTALS** | $ | $ 29,196.00 |  |

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐   the interest requirement is waived for the ☐ fine ☐ restitution.

   ☐   the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

13

Case 2:18-mc-00039-RSL   Document 1-1   Filed 04/03/18   Page 8 of 8
Case 2:13-cr-00191-RSL   Document 3   Filed 07/01/13   Page 11 of 15
Case 2:11-cr-00054-RCJ-VCF   Document 44   Filed 09/25/12   Page 6 of 6

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 6- Schedule of Payments

Judgment - Page __6__ of __6__

DEFENDANT: ALI OLYAIE
CASE NUMBER: 2:11-CR-0054-RCJ-VCF

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   X   Lump sum payment of $ 34,296.00 _____ due immediately, balance due

      ☐   Not later than _____, or
      ☐   in accordance   ☐ C,   ☐ D,   ☐ E, or ☐ F below; or

B   ☐   Payment to begin immediately (may be combined with  ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

14