The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALI OLYAIE,<br><br>　　Defendant/Judgment Debtor,<br><br>　and<br><br>ASTON MANOR,<br><br>　　　　Garnishee. | NO.  2:18-MC-00039-RSL<br><br>　(2:13-CR-0191-1)<br><br>**[Proposed] Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Aston Manor is relieved of further responsibility pursuant to this garnishment.

//

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Ali Olyaie and Aston Manor,* USDC#: 2:18-MC-00039-RSL/2:13-CR-0191-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this _____ day of_____, 2018.

_____
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Ali Olyaie and Aston Manor,* USDC#: 2:18-MC-00039-RSL/2:13-CR-0191-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970